

*The Legal Aid Society of Rochester*

Alan S. Harris
President & CEO

One West Main Street, Suite 800
Rochester, NY 14614
office: (585) 232-4090
fax: (585) 232-2352

August 13, 2014

Livingston County
Youth Advocacy Program
6 Court Street, Room 105
Geneseo, NY 14454
office: (585) 243-7049
or: (585) 243-7944

Hon. Andrew T. Baxter
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
100 South Clinton Street
P.O. Box 7367
Syracuse, New York 13261

   re: <u>Vazquez-Mentado v. Buitron</u>
     Civil Action No. 5:12-CV-797-LEK-ATB

Dear Magistrate Baxter,

Plaintiff accepts the defendants' settlement offer of $4,500, made at the July 24, 2014 settlement conference with the court. I will submit the appropriate stipulation of dismissal to the Court after the parties have signed the underlying settlement agreement.

Thank you for your assistance in this matter.

Very truly yours,

Walter H. Ruehle
Attorney at Law

WHR/wr

cc: Kate Goettel, Senior Litigation Counsel, USDOJ
  Regan Hildebrand, Senior Litigation Counsel, USDOJ

*We obtain legal solutions that have a beneficial impact on our clients and the community.*